United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **SCHERLY AMY AGUILAR NIETO,** § § | |
| **Plaintiff,** § § | |
| V. § | CIVIL ACTION NO. 5:21-CV-76 |
| § § | |
| **EFT EXPRESS SA DE CV AND** § | |
| **CELESTINO RODRIGUEZ GARCIA,** § § § | |
| **Defendants.** § | |

## ORDER

Before the Court is the parties' Agreed Rule 41(a)(1)(A)(ii) Dismissal by Stipulation with Prejudice. (Dkt. No. 21). The stipulation of dismissal states that the parties have fully compromised and settled all claims in this case, and that no further Court action is necessary. (*Id.* at 1).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. *See* Fed. R. Civ. P. 41(a). None of these exceptions are applicable to this case.

Because the stipulation is signed by all parties who have appeared in this case, all of Plaintiff's claims were dismissed with prejudice "automatically" upon the filing of the stipulation of dismissal. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin. V. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)). Therefore, all claims and causes of action in this case have been dismissed. This is a final order confirming dismissal of all claims in this case.

The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** on October 25, 2022.

John A. Kazen
United States Magistrate Judge